# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Omar Royal, et al., | No. CV-20-00309-TUC-RCC |
| Plaintiffs, | No. CV-20-01333-PHX-SRB |
| v. | **ORDER** |
| Pardip S Kang, et al., | |
| Defendants. | |

    This matter has been transferred from the Phoenix District Court to the Tucson Division. *See* Case No. CV-20-01333-PHX-SRB. Upon transfer, it has come to the Court's attention that the full names of the minors involved have been included in the Notice of Removal and attached Complaint. (Doc. 1, CV-20-00309-RCC and CV-20-01333-PHX-SRB.)

    Under Federal Rule of Civil Procedure 5.2(a)(3), any filing with the court that contains the name of an individual known to be a minor should include only the initials of such minor.

///
///
///
///
///
///

Accordingly, IT IS ORDERED:

1. Defendant shall submit an updated version of the Notice and Complaint with the minors' names redacted in accordance with the corresponding Federal Rule.
2. The Notice and Complaint in Doc. 1 of Case Nos. CV-20-01333-PHX-SRB and CV-20-00309-RCC shall be filed UNDER SEAL by the Clerk's Office.
3. Any future filings shall list only the initials of any referenced minor.

Dated this 22nd day of July, 2020.

_____
Honorable Raner C. Collins
Senior United States District Judge