**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Omar Royal, et al., | No. CV-20-00309-TUC-RCC |
| Plaintiffs, | No. CV-20-01333-PHX-SRB |
| v. | **ORDER** |
| Pardip S Kang, et al., | |
| Defendants. | |

Subsequent to the Court's order, defense counsel contacted the undersigned's chambers and informed the Court that several other documents on the docket include the full names of minors in violation of Federal Rule of Civil Procedure 5.2(a)(3). The Court will have the Clerk of Court file these documents under seal, and will require Defendant to refile the Answer and the Supplement to Defendants' Notice of Removal in Case No. CV-20-0309-TUC-RCC with the minors' names redacted.

Accordingly, IT IS ORDERED the Clerk of Court shall docket the following documents UNDER SEAL IN BOTH CV-20-00309-TUC-RCC AND CV-20-01333-PHX-SRB:

    1. Defendants' Answer (Doc. 7);

    2. Defendants' Motion for Change of Venue (Doc. 8);

    3. Plaintiffs' Notice of Service on Defendants (Doc. 11);

    4. Defendants' Supplement to Defendants' Notice of Removal (Doc. 12);

    5. Defendants' Notice of Appearance (Doc. 14); and

6. Plaintiffs' Response to Defendants' Motion to Transfer Venue (Doc. 15).

IT IS FURTHER ORDERED Defendants shall refile their Answer and their Supplement to Defendants' Notice of Removal in Case No. CV-20-00309-TUC-RCC within seven days of the date of this Order.

Dated this 24th day of July, 2020.

_____
Honorable Raner C. Collins
Senior United States District Judge